

FILED & JUDGMENT ENTERED
Steven T. Salata

Mar 28 2016

Clerk, U.S. Bankruptcy Court
Western District of North Carolina

J. Craig Whitley
United States Bankruptcy Judge

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE WESTERN DISTRICT OF NORTH CAROLINA

# CHARLOTTE DIVISION

BANKRUPTCY CASE NUMBER:

IN RE:                                    12-31613

Charmaine Jean Ferguson           JUDGE: J Craig Whitley

# ORDER

BEFORE THE COURT IS THE PLANTIFF'S MOTION TO REOPEN THE ABOVE –CAPTIONED CASE PURSUANT TO 11 U.S.C. § 350 (b), IN ORDER TO ACCORD RELIEF TO THE DEBTOR(s).

FOR THE REASON AND FOR GOOD CAUSE SHOWN, THE PLAINTIFF'S MOTION TO REOPEN IS GRANTED. IT IS ORDERED THAT CASE NUMBER 12-31613 BE REOPENED.

THIS ORDER HAS BEEN SIGNED ELECTRONICALLY.                UNITED STATES BANKRUPTCY COURT
THE JUDGE'S SIGNATURE AND COURT'S SEAL APPEAR
AT THE TOP OF THE ORDER.